UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA TURNER, an individual,<br><br>    Plaintiff,<br><br>  v.<br><br>SEARS HOLDINGS MANAGEMENT CORPORATION, a Delaware corporation; and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No. 2:17-cv-05839-BRO-E<br><br>**ORDER ON JOINT STIPULATION TO SUBMIT MATTER TO BINDING ARBITRATION AND STAY ACTION**<br><br>Complaint Filed: July 6, 2017<br>Trial Date:    None set |

Pursuant to the Parties' Joint Stipulation To Submit Matter To Binding Arbitration And To Stay the Action filed on August 22, 2017, and for good cause shown, the Court ORDERS:

1. Plaintiff will submit the claims set forth in this civil action to binding arbitration with JAMS pursuant to the Federal Arbitration Act ("FAA"), and the parties' Binding Arbitration Agreement; and

2. This action will be stayed during the arbitration of Plaintiff's claims.

3. IS HEREBY ORDERED that this action is removed from the Court's active caseload until further application by the parties or Order of this Court. In order to permit the Court to monitor this action, the Court orders the parties to file periodic status reports. The first such report is to be filed on November 21, 2017, unless the stay is lifted sooner. Successive reports shall be filed every 90 days thereafter. Each report must indicate on the face page the date on which the next report is due.

4. All pending calendar dates are vacated by the Court.

5. This Court retains jurisdiction over this action and this Order shall not prejudice any party to this action.

**IT IS SO ORDERED.**

DATED: August 23, 2017

HON. BEVERLY REID O'CONNELL
United States District Judge